UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BLADIMIR CASTILLO and FRANCELYS
ESPINOZA CRUZ, *on behalf of himself, FLSA*
*Collective Plaintiffs,*
*and the class,*

                 Plaintiff,

    v.

MENDOZA AUTO REPAIR, INC., and JOSE
MENDOZA,

                 Defendants.

Case No. 2:22-cv-03861

**NOTICE OF ACCEPTANCE**
**OF OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs hereby accept and provide notice that they have accepted Defendants' Offer of Judgment dated October 11, 2022, and annexed hereto as **Exhibit A**.

Dated: October 12, 2022

                          Respectfully submitted,

            By:

                          C.K. Lee, Esq. (CL 4086)
                          LEE LITIGATION GROUP, PLLC
                          148 West 24th Street, 8th Floor
                          New York, NY 10011
                          Tel.: (212) 465-1188
                          Fax: (212) 465-1181
                          *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2022, I caused service of Plaintiffs' Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

MATIN EMOUNA
EMOUNA & MIKHAL PC
100 Garden City Plaza, Suite 520
Garden City, New York 11530
memouna@emiklaw.com
*Attorney for Defendants*

By: _____
    C.K. Lee, Esq.