**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

BLADIMIR CASTILLO and FRANCELYS
ESPINOZA CRUZ, on behalf of themselves,
FLSA Collective Plaintiffs, and the Class,

                Plaintiff,

  - against -

MENDOZA AUTO REPAIR, INC. and
JOSE MENDOZA,

                Defendants.

-----------------------------------------------------------------X

**FILED**
**CLERK**

11:58 am, Oct 13, 2022

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**JUDGMENT**
CV 22-3861 (JMA) (SIL)

A Notice of Acceptance of Defendants' Offer of Judgment having been filed on October 12, 2022, accepting Defendants' October 11, 2022 offer to allow entry of judgment against them, jointly and severally, and in favor of the Plaintiffs in the amount of $20,000.00, inclusive of all of Plaintiffs' claims for relief, damages, attorney's fees, costs, and expenses, alleged in the above-captioned action and, it is

**ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiffs Bladimir Castillo and Francelys Espinoza Cruz against Defendants Mendoza Auto Repair, Inc. and Jose Mendoza in the amount of $20,000.00, inclusive of all of Plaintiffs' claims for relief, damages, attorney's fees, costs, and expenses in accordance with the terms and conditions of Defendants' Rule 68 Offer dated October 11, 2022 and filed as Exhibit A to Docket Number 15.

Dated: October 13, 2022
      Central Islip, New York

                                          BRENNA B. MAHONEY
                                          CLERK OF THE COURT

                                By:    <u>/s/ Mary Ellen Kirchner</u>
                                          Deputy Clerk